25-03

FILED 18 MAR '26 13:08 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr- 00073-AN |
| v. | **INDICTMENT** |
| JOHN DARE ROWLAND JR.,<br>a/k/a<br>JAE DAREN ROLAND, | 42 U.S.C. § 1383a(a)(3);<br>42 U.S.C. § 408(a)(7)(A);<br>18 U.S.C. § 641 |
| Defendant. | |

### THE GRAND JURY CHARGES:

**COUNT 1**
**(Social Security Fraud)**
**(42 U.S.C. § 1383a(a)(3))**

From in or about June 1994, and continuing through in or about September 2025, in the District of Oregon, defendant JOHN DARE ROWLAND JR., also known as Jae Daren Roland, having knowledge of the occurrence of any event affecting his initial and continued right to any benefit under Title 42, Chapter 7, Subchapter XVI of the United States Code, concealed and failed to disclose such event with an intent fraudulently to secure such benefit in a greater amount and quantity than was due and when no such benefit was authorized;

In violation of Title 42, United States Code, Section 1383a(a)(3).

**Indictment**

## COUNT 2
### (Misuse of a Social Security Number)
### (42 U.S.C. § 408(a)(7)(A))

On or about May 15, 2025, in the District of Oregon, defendant JOHN DARE

ROWLAND JR., also known as Jae Daren Roland, did willfully, knowingly, and with intent to

deceive, use a social security account number assigned by the Commissioner of Social Security

on the basis of false information furnished by defendant to the Commissioner of Social Security,

for the purpose of obtaining a State of Oregon identification card;

In violation of Title 42, United States Code, Section 408(a)(7)(A).

## COUNT 3
### (Theft of Government Funds)
### (18 U.S.C. § 641)

On or about April 7, 2021, in the District of Oregon, defendant JOHN DARE

ROWLAND JR., also known as Jae Daren Roland, did willfully and knowingly steal and convert

to his own use or the use of another, money of the United States Department of Treasury, a

department and agency of the United States, to wit: requesting and receiving an Economic

Impact Payment in the amount of $1,400, based on fraudulent representations and concealments;

In violation of Title 18, United States Code, Section 641.

Dated: March 18, 2026.                                          A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ETHAN G. BODELL, PA #321830
Special Assistant United States Attorney

**Indictment**                                                                                    **Page 2**